# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

MOHAMED AHMED HERSI,      Civil No. 24-3972 (JRT/SGE)

    Plaintiff,

v.      **ORDER**

PAMELA BONDI,

    Defendant.

---

Mohamed Ahmed Hersi, 1601 S 4th Street, Apt F609, Minneapolis, MN 55454, *pro se* petitioner.

Based upon the Report and Recommendation by United States Magistrate Judge Shannon G. Elkins dated August 7, 2025 (ECF No. 6), along with all the files and records, and no objections to said Recommendation having been filed,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 29, 2025 at
Minneapolis, Minnesota

    s/John R. Tunheim
    JOHN R. TUNHEIM
    United States District Judge